UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| Andrew Saleeba | § | |
| --- | --- | --- |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:17-cv-3538 |
| | § | |
| Nancy A. Berryhill, | § | |
| *Defendant.* | § | |

## ORDER OF ADOPTION

On March 5, 2019, Magistrate Judge Peter Bray issued a Memorandum and Recommendation (D.E. 13), recommending that the Commissioner's final decision be affirmed. No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the memorandum and recommendation as this court's opinion. The court will issue a separate final judgment.

Signed at Houston, Texas on ___Mar. 26___, 2019.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE